Commonwealth *v.* Conner, Appellant.

Submitted March 12, 1973. *John Conner,* appellant, in propria persona; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zim-*

_merman,_ District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : The order of the court below is vacated and the record remanded for a hearing on the issues raised by appellant's original, or an amended petition. See _Commonwealth v. Sheehan,_ 446 Pa. 35, 285 A. 2d 465 (1971) ; _Commonwealth v. Bower,_ 442 Pa. 379, 275 A. 2d 109 (1971).